# IN THE SUPREME COURT OF THE STATE OF NEVADA

THEORY LONG,
                    Appellant,
          vs.
CIRCUS AND ELDORADO JOINT
VENTURE, LLC, D/B/A SILVER
LEGACY RESORT CASINO; AND
NELSON DAVISON
ADMINISTRATORS, INC.,
                    Respondents.

No. 70437

**FILED**

DEC 0 5 2016



## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Patrick Flanagan, District Judge
       Joseph Dita, III
       McDonald Carano Wilson LLP/Reno
       Madelyn Shipman, Settlement Judge
       Washoe District Court Clerk